IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG ALFORD,** | : No. 3:13cv2800 |
| Petitioner | : |
| v. | : (Judge Munley) |
| | : |
| **SUPERINTENDENT KERESTES, PENNSYLVANIA BOARD OF PROBATION & PAROLE, and PENNSYLVANIA ATTORNEY GENERAL,** | :(Magistrate Judge Mehalchick) |
| Respondents | : |

## ORDER

**AND NOW**, to wit, this 7th day of July 2014, it is **HEREBY ORDERED** as follows:

1. Petitioner's objections to the Report and Recommendation (Doc. 40) are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Mehalchick (Doc. 37) is **ADOPTED**;

3. Petitioner's motion for class certification and appointment of class counsel (Docs. 7 & 13) are **DENIED**;

4. Petitioner's motion for recusal (Doc. 6) is **DENIED**; and

5. This case is **REMANDED** to Magistrate Judge Mehalchick for further pretrial proceedings.

**BY THE COURT:**

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**